HOWELL *v.* JACKSON.

ATKINSON, J. On the facts shown by the pleadings in this case, the trial judge abused his discretion in referring the case to an auditor. Civil Code, § 5127.

The error in referring the case to an auditor rendered all further proceedings nugatory. See *Bush* v. *Murphey,* 113 *Ga.* 345 (38 S. E. 828).

*Judgment reversed. All the Justices concur.*

No. 7551. SEPTEMBER 27, 1930.

*Orin J. Bundy, J. L. R. Boyd,* for plaintiff.
*R. R. Jackson,* for defendant.